AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

EDDIE IRA SANDERS, SR. as adminstator of
estate of of EDDIE IRA SANDERS, JR.

V.

CITY OF DOTHAN, JOHN POWELL
in his individual and official capacity, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-cv-0008-MEF

TO: (Name and address of Defendant)

City of Dothan
c/o F. Lenton White, Esq.
P.O. Box 2128
Dothan, AL. 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Cooks
Lee D. Winston
Winston Cooks, LLC
319 17th Street N.
Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   2/15/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

EDDIE IRA SANDERS, SR. as adminstator of estate of of EDDIE IRA SANDERS, JR.

V.

CITY OF DOTHAN, JOHN POWELL in his individual and official capacity, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-cv-0008-MEF

TO: (Name and address of Defendant)

DOTHAN POLICE OFFICER BADGE NUMBER 744
c/o F. Lenton White, Esq.
City Attorney
P.O. Box 2128
Dothan, AL. 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Cooks
Lee D. Winston
Winston Cooks, LLC
319 17th Street N.
Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    2/15/07
_____                         _____
CLERK                                               DATE
/s/ Austin
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

EDDIE IRA SANDERS, SR. as adminstator of
estate of of EDDIE IRA SANDERS, JR.

V.

CITY OF DOTHAN, JOHN POWELL
in his individual and official capacity, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-cv-0008-MEF

TO: (Name and address of Defendant)

John F. Powell
c/o F. Lenton White, Esq.
P.O. Box 2128
Dothan, AL. 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Cooks
Lee D. Winston
Winston Cooks, LLC
319 17th Street N.
Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  2/15/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

EDDIE IRA SANDERS, SR. as adminstator of
estate of of EDDIE IRA SANDERS, JR.

V.

CITY OF DOTHAN, JOHN POWELL
in his individual and official capacity, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07-cv-0008-MEF

TO: (Name and address of Defendant)

MAMIE GRUBBS
c/o F. Lenton White, Esq.
City Attorney
P.O. Box 2128
Dothan, AL. 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Cooks
Lee D. Winston
Winston Cooks, LLC
319 17th Street N.
Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  2/15/07