**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dothan Police Officer #744
   c/o F. Lenton White - City attorney
   P.O. Box 2128
   Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dorothy Cobb   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Dorothy Cobb
C. Date of Delivery: 2-16-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07CV8 STC

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0001 1634 4405

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John F. Powell
   c/o F. Lenton White - Attorney
   City of Dothan
   P.O Box 2128
   Dothan AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dorothy Cobb   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Dorothy Cobb
C. Date of Delivery: 2-16-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   STC 07CV8

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0001 1634 4382

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540