AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

EDDIE IRA SANDERS, SR. as adminstator of estate of of EDDIE IRA SANDERS, JR.

V.

CITY OF DOTHAN, JOHN POWELL in his individual and official capacity, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07-cv-0008-MEF

TO: (Name and address of Defendant)

DOTHAN POLICE OFFICER BADGE NUMBER 744
c/o F. Lenton White, Esq.
City Attorney
P.O. Box 2128
Dothan, AL. 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Cooks
Lee D. Winston
Winston Cooks, LLC
319 17th Street N.
Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                               2/15/07
_____              _____
CLERK                                          DATE

_[signature]_
(By) DEPUTY CLERK

STATES DISTRICT COURT
711
ery, AL. 36104

RECEIVED
07 FEB 20 A 9:41
A. P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA



CERTIFIED MAIL

7004 2890 0001 1634 4405



stamps.com $5.120
FEB 15 2007
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 35203

STAMPS.COM          062S0005904501

1st Notice
2nd Notice
Return

Dothan Police Officer 744
F. Lenton White
PO Box 2128
Dothan AL 36302-2128