STATES DISTRICT COURT
711
ery, AL. 36104

RECEIVED
2007 FEB 20 A 9:41
P. HACKETT
DISTRICT CO...
...LE DISTRICT

7004 2890 0001 1634 4375



Ms Mamie Grubbs
c/o F. Lenton White
City of Dothan
PO Box 2128
Dothan AL 36302-2128


1st Notice
2nd Notice
Return

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

EDDIE IRA SANDERS, SR. as adminstator of estate of of EDDIE IRA SANDERS, JR.

V.

CITY OF DOTHAN, JOHN POWELL in his individual and official capacity, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-cv-0008-MEF

TO: (Name and address of Defendant)

MAMIE GRUBBS
c/o F. Lenton White, Esq.
City Attorney
P.O. Box 2128
Dothan, AL. 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Cooks
Lee D. Winston
Winston Cooks, LLC
319 17th Street N.
Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

/s/ Austin
(By) DEPUTY CLERK

DATE 2/15/07