TATES DISTRICT COURT
11
y, AL. 36104

RECE...
2007 FEB 20  A 9:41

7004 2890 0001 1634 4399

City of Dothan
F. Lenton White
PO Box 2128
Dothan AL 36302-2128

$5.12
FEB 15 2007
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 35203

STAMPS.COM   062S0005904501

Name
1st Notice 2/16
2nd Notice
Return

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

EDDIE IRA SANDERS, SR. as adminstator of estate of of EDDIE IRA SANDERS, JR.

V.

CITY OF DOTHAN, JOHN POWELL in his individual and official capacity, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-cv-0008-MEF

TO: (Name and address of Defendant)

City of Dothan
c/o F. Lenton White, Esq.
P.O. Box 2128
Dothan, AL. 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Cooks
Lee D. Winston
Winston Cooks, LLC
319 17th Street N.
Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                         2/15/07

CLERK                                                    DATE

(By) DEPUTY CLERK