STATES DISTRICT COURT
711
ery, AL 36304

RECEIVED

FEB 20 A 9:41

DEBRA P. HACKETT
U.S. DISTRICT
MIDDLE DISTRICT

stamps.com    $5.129
FEB 15 2007
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 35203

7004 2890 0001 1634 4382

STAMPS.COM    062S0005904501



Chief John F. Powell
PO Box 2128
Dothan AL 36302-2128

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of  _____ALABAMA_____

EDDIE IRA SANDERS, SR. as adminstator of
estate of of EDDIE IRA SANDERS, JR.

V.

CITY OF DOTHAN, JOHN POWELL
in his individual and official capacity, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-cv-0008-MEF

TO: (Name and address of Defendant)

John F. Powell
c/o F. Lenton White,  Esq.
P.O. Box 2128
Dothan, AL. 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Cooks
Lee D. Winston
Winston Cooks, LLC
319 17th Street N.
Birmingham, AL. 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

_____
(By) DEPUTY CLERK

DATE  2/15/07