

# THE CITY OF
# DOTHAN, ALABAMA

126 NORTH ST. ANDREWS • SUITE 313 • P.O. BOX 2128 • DOTHAN, ALABAMA 36302
334-615-3130 • FAX 334-615-3139

**RECEIVED**
2007 FEB 20 A 11: 41
...A P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LEGAL DEPARTMENT

F. LENTON WHITE
CITY ATTORNEY

D. KEVAN KELLY
ASSISTANT CITY ATTORNEY

JOE E. HERRING, JR.
ASSISTANT CITY ATTORNEY

February 16, 2007

Hon. Deborah P. Hackett
Clerk of Court
United States District Court
One Church Street
Montgomery, AL 36104

Re: **Eddie Ira Sanders, Sr., as administrator of Estate of Eddie Ira Sanders, Jr. v. City of Dothan, John Powell, et al.**

Dear Ms. Hackett:

Enclosed please find envelopes served upon our office this date in the above matter. In accordance with my office's conversation with Von of your office on this date, we are returning the same due to incorrect service under the Federal Rules.

Thanking you and with best wishes.

Sincerely,

F. Lenton White
City Attorney

FLW/lj
Enclosures