**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Sanders v. City of Dothan et al

**Case Number:** 1:07-cv-00008-MEF

**Referenced Pleading:** Notice of filing summons - Doc. 11

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

EDDIE IRA SANDERS, Sr. as adminstrator of the estate of EDDIE IRA SANDERS, JR., deceased

V.

CITY OF DOTHAN, JOHN POWELL, MAMIE GRUBBS, and OFFICER BADGE NO. 744

*alias*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07CV008-MEF

TO: (Name and address of Defendant)

JOHN POWELL
126 NORTH ANDREWS STREET
DOTHAN, ALABAMA 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**WINSTON COOKS, LLC**
The Penick Building
319 17th Street North
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within \_\_\_\_20\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  2/28/07

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-26-2007 |
| NAME OF SERVER (PRINT) Allen Hopkins | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Chief John Powell 126 North Andrews St Dothan, AL 36303

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/2007        _Allen Hopkins_
             Date              Signature of Server

5132 Cario Ave B'ham 35228
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.