IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE IRA SANDERS, SR., as, Administrator of the Estate of Eddie Ira Sanders, Jr., Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:07-cv-008-MEF ) |
| CITY OF DOTHAN, *et al.*, | ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Defendants' Motion to Dismiss (Doc. #16) filed on April 16, 2007, it is hereby ORDERED as follows:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before May 1, 2007.

2. The defendants may file a reply brief on or before May 8, 2007.

DONE this the 17th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE