IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SANDERS,** | ) | **Civil Action No.:** |
| | ) | |
| **Plaintiff** | ) | **1:07-CV-00008 (MEF)** |
| v. | ) | |
| | ) | |
| **CITY OF DOTHAN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR TEN DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS CITY OF DOTHAN AND JOHN POWELL'S PARTIAL MOTION TO DISMISS

Comes Now, the Plaintiff, Eddie Ira Sanders, Sr., and files Plaintiff's Unopposed Motion for Ten Day Extension of Time to Respond to Defendants City of Dothan and John Powell's Partial Motion to Dismiss.  In support of this motion the Plaintiff would state as follows:

1. On January 3, 2007, the Plaintiff filed the above styled Complaint against Defendants City of Dothan, Chief of Police John Powell, Mamie Grubbs and Officer Badge No. 744.

2. Plaintiff attempted to serve the Defendants on February 20, 2007, however the Summonses were returned unexecuted because the Plaintiff had not complied with Rule 4(d), F.R.C.P.

3. On March 26, 2007, the Plaintiff perfected service on the Defendants.  Defendant Mamie Grubbs filed an Answer to Complaint on April 16, 2007 and Defendants John Powell and City of Dothan filed a Motion to Dismiss on that same day.

4. On April 17, 2007, this Court ordered the Plaintiff to file any response he may have to the aforementioned Defendants' Motion to Dismiss on or before May 1, 2007.

5.  The Plaintiff is now seeking an extension from the Court to file his response to the aforementioned Defendants' Motion to Dismiss. Plaintiff is seeking such an extension because he will not be able to comply with the Court's order within the allotted time.

6.  Plaintiff will not be able to meet this deadline because Plaintiff's counsel has had scheduling conflicts which have hindered his ability to comply with the Court's order. Specifically, Plaintiff's counsel was charged with drafting and filing an Eleventh Circuit Court of Appeals brief in Appeal Number: 07-10409-FF, *Eva Matthews v. City of Dothan,* 04-00640-CV-WKW-S, which was filed on April 24, 2007. Prior to the filing of this brief, Plaintiff's counsel also had to prepare and attend a pretrial conference in *Christian v. Peerless Property Managers,* et al., 7:05-CV-1818-RDP and had to serve discovery responses and submit initial disclosures in *Jenkins v. Pfizer,* 06-0688-CV-REL. For these reasons, Plaintiff's counsel is now seeking a ten-day extension of time to respond to Defendants' motion.

7.  Plaintiff's counsel has consulted with Defendants' counsel and he does not oppose the granting of the instant motion. If the Court grants Plaintiff's motion the new due date for Plaintiff's response will be on or before May 11, 2007, with the Defendants' Reply Brief due on or before May 18, 2007.

**WHEREFORE PREMISES CONSIDERED,** the Plaintiff respectfully requests that this Court grant him a ten-day extension of time in which to file his response to Defendants' Motion to Dismiss.

Respectfully submitted,

s/Roderick T. Cooks
Roderick T. Cooks, ASB 5819 078R

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel: (205)502-0970
Fax: (205)251-0231
email: rcooks@winstoncooks.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day **electronically** filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of the foregoing instrument via **electronic** and/or United States Mail, properly addressed and postage prepaid to the following:

F. Lenton White, Esq.
City Attorney
City of Dothan
P. O. Box 2128
Dothan, Alabama 36302

      Done this 30th day of April, 2007.

                                               s/Roderick T. Cooks
                                               OF COUNSEL