IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE IRA SANDERS, SR., as, | ) |
| Administrator of the Estate of Eddie Ira | ) |
| Sanders, Jr., Deceased, | ) |
| | ) |
|      Plaintiff, | ) |
| v. | )    CASE NO. 1:07-cv-008-MEF |
| | ) |
| CITY OF DOTHAN, *et al.*, | ) |
| | ) |
|      Defendants. | ) |

## <u>O R D E R</u>

Upon consideration of the plaintiff's Unopposed Motion for Ten Day Extension of Time to Respond to Defendants' Partial Motion to Dismiss (Doc. #19) filed on April 30, 2007, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response to the motion to dismiss which shall include a brief and any evidentiary materials on or before May 11, 2007. The defendants may file a reply brief on or before May 18, 2007.

DONE this the 30th day of April, 2007.

                                /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE