IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDDIE IRA SANDERS, SR., as Administrator of the estate of EDDIE IRA SANDERS, JR., deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 1:07-CV-0008-MEF |
| CITY OF DOTHAN, JOHN POWELL in his individual and official capacity as Chief of Police for the City of Dothan, MAMIE GRUBBS individually and in her official capacity as Jail Administrator for the City of Dothan Jail and Officer Badge No. 744, individually and officially, | ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW City of Dothan, a [Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

☐     This party is an individual, or

☒     This party is a governmental entity, or

☐     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____     _____

_____     _____

| | |
|---|---|
| 1-17-08 | *(Signature)* |
| Date | F. LENTON WHITE |
| | (Counsel's Name) |

City of Dothan, John Powell
and Mamie Grubbs
Counsel for (print names of all parties)
P.O. Box 2128
Dothan, Alabama 36302
Address, City, State Zip Code
(334) 615-3130
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Roderick T. Cooks, Esq. and Lee D. Winston.

*(Signature)*
Of Counsel