IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:07-CV-00008 (MEF) |
| | ) |
| CITY OF DOTHAN, et al., | ) |
| | ) |
|     Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW, Eddie Ira Sanders, Sr., a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

01/23/2008
Date

/s/Roderick T. Cooks
Counsel

/s/Roderick T. Cooks
Counsel for Eddie Ira Sanders, Sr.

319-17th Street North; Birmingham, AL 35203
Address, City, State Zip Code

(205) 502-0970
Telephone Number

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day **electronically** filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of the foregoing instrument via the CM/ECF system d to the following:

F. Lenton White, Esq.
City Attorney
City of Dothan
P. O. Box 2128
Dothan, Alabama 36302

      Done this 23rd day of January, 2008.

                                                          s/Roderick T. Cooks
                                                        OF COUNSEL