IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDDIE IRA SANDERS, SR., as, | ) | |
| Administrator of the Estate of Eddie Ira | ) | |
| Sanders, Jr., Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:07-cv-008-MEF |
| | ) | |
| CITY OF DOTHAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #35) filed on April 21, 2008, it is hereby

ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before May 7, 2008.  The defendant may file a reply brief on or before May 14, 2008.

DONE this the 23rd day of April, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE