IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| EDDIE IRA SANDERS, SR., | ) | | |
| as Administrator of the Estate of | ) | | |
| Eddie Ira Sanders, Jr., Deceased, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | CASE NO. 1:07-cv-008-MEF | |
| | ) | | |
| CITY OF DOTHAN, *et al.*, | ) | (WO) | |
| | ) | | |
| Defendants. | ) | | |

# **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all federal claims in this action, judgment is ENTERED in favor of Defendants against Plaintiff, with him taking nothing by his claims.

(2) Costs are TAXED in favor of Defendants against Plaintiff.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 30th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE